# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| PEG ROMAINS | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:07CV510 LG-JMR |
| | § | |
| GRAND CASINOS OF MISS., LLC - GULFPORT, dba GRAND CASINO (GULFPORT) | § § § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Motion [38] to Dismiss First Amended Complaint filed by the Defendant, the Court, after a full review and consideration of the Motion, Response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, Grand Casinos of Mississippi, L.L.C. - Gulfport, pursuant to Fed. R. Civ. P. 56. The Plaintiff's claims are dismissed.

**SO ORDERED AND ADJUDGED** this the 14th day of August, 2009.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE